UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LONA DEMETRIA CAROLYNN BIBBS-WALKER, | : | CASE NO. 20-11214-PMB |
| | : | |
| DEBTOR. | : | |
| | : | |
| MARY IDA TOWNSON, UNITED STATES TRUSTEE, | : | |
| | : | |
| PLAINTIFF. | : | |
| | : | |
| -vs- | : | |
| | : | |
| LONA DEMETRIA CAROLYNN BIBBS-WALKER, | : | ADVERSARY PROCEEDING NO. 22-01007-PMB |
| | : | |
| DEFENDANT. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that service of the *Summons in an Adversary Proceeding* and

*Complaint Objecting to Debtor's Discharge* was made on August 9, 2022 by First Class

United States Mail to:

Lona Demetria Carolynn Bibbs-Walker
193 Stanley Road
Fayetteville, Georgia 30214

Sims W. Gordon, Jr.
The Gordon Law Firm, PC
400 Galleria Parkway, S.E.
Suite 1500
Atlanta, Georgia 30339

This the 9th day of August, 2022

                                                      *s/ Jonathan S. Adams*
                                                      Jonathan S. Adams
                                                      Trial Attorney
                                                      Georgia Bar No. 979073
                                                      United States Department of Justice
                                                      Office of the United States Trustee
                                                      362 Richard B. Russell Building
                                                      75 Ted Turner Drive, SW
                                                      Atlanta, Georgia 30303
                                                      (404) 331-4438
                                                      Jonathan.S.Adams@usdoj.gov