UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LONA DEMETRIA CAROLYNN | : | CASE NO.  20-11214-PMB |
| BIBBS-WALKER, | : | |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| PLAINTIFF. | : | |
| | : | |
| -vs- | : | |
| | : | |
| LONA DEMETRIA CAROLYNN, | : | ADVERSARY PROCEEDING |
| BIBBS-WALKER, | : | NO. 22-01007-PMB |
| | | |
| DEFENDANT. | : | |

## MOTION TO DISMISS COMPLAINT AS MOOT

COMES NOW Mary Ida Townson, United States Trustee for Region 21 (the "United States Trustee"), and moves the Court to dismiss her complaint pursuant to Federal Rule of Bankruptcy Procedure 7041, because the proceeding is moot in light of the defendant's waiver of her discharge.

Procedural Background

1.

This adversary proceeding arises out of and relates to the chapter 7 case of LONA DEMETRIA CAROLYNN BIBBS-WALKER ("Debtor"), Case Number 20-11214-PMB,

filed in the United States Bankruptcy Court, Northern District of Georgia (the "Bankruptcy Case").

2.

On August 5, 2022, the United States Trustee filed her Complaint Objecting to Debtor's Discharge. (Dkt. No. 1) (hereinafter, the "Complaint") Within the Complaint, the United States Trustee requested that the Court enter an order and judgment denying Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(2), (a)(3), (a)(4), and (a)(7).

3.

The Debtor did not file an Answer to the Complaint. Instead, in response to the United States Trustee's Complaint, on September 8, 2022, the Debtor executed her Waiver of Discharge and Consent to Entry of Order Denying Discharge. (Case No. 20-11214-PMB, Dkt. No. 117, Ex. 1) (hereinafter the "Waiver") Within the Waiver, the Debtor voluntarily waived her discharge to resolve the allegations within the United States Trustee's Complaint.

4.

On September 8, 2022, the United States Trustee filed a Motion for Entry of Order Approving Waiver of Discharge and Denying Discharge in Bankruptcy Case. (Case No. 20-11214-PMB, Dkt. No. 117) (hereinafter the "Motion to Approve Waiver") On September 14, 2022, the Court entered an Order, granting the Motion to Approve Waiver and denying the Debtor's discharge. (Case No. 20-11214-PMB, Dkt. No. 118)

Citation of Authority and Argument

5.

Fed. R. Bank. P. 7041 allows for the voluntary dismissal of actions by a plaintiff.
However, a complaint objecting to the debtor's discharge "shall not be dismissed at the
plaintiff's insistence without notice to the trustee, the United States Trustee, and such
other persons as the court may direct, and only on order of the court containing terms and
conditions which the court deems proper." Fed. R. Bank. P. 7041.

6.

Because the Debtor executed the Waiver, the Court approved the Waiver, and the
Court denied the Debtor her discharge, the United States Trustee obtained the relief she
sought in her Complaint. As a result, this adversary proceeding is moot, and should be
dismissed.

7.

This Motion is being filed merely to address administrative matters. Nothing in
this Motion should be construed as a refutation of any allegation in the United States
Trustee's Complaint.


WHEREFORE, the United States Trustee requests that the Court dismiss her
Complaint as moot, and for such other relief the Court deems just and proper under the
circumstances.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*s/ Jonathan S. Adams*
Jonathan S. Adams
Trial Attorney
Georgia Bar No. 979073

**United States Department of Justice**
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia, 30303
404-331-4438
Jonathan.S.Adams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing *Motion to Dismiss Complaint as*

*Moot* was made on October 14, 2022 by First Class United States Mail to:

Lona Demetria Carolynn Bibbs-Walker
193 Stanley Road
Fayetteville, Georgia 30214

Sims W. Gordon, Jr.
The Gordon Law Firm, PC
400 Galleria Parkway, S.E.
Suite 1500
Atlanta, Georgia 30339

James G. Baker
305 North Greenwood Street
LaGrange, Georgia 30240

*s/ Jonathan S. Adams*
Jonathan S. Adams
Trial Attorney
Georgia Bar No. 979073
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4438
Jonathan.S.Adams@usdoj.gov
